# Exhibit B



John Gleeson
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

August 22, 2019

Mr. Gleeson:

Please find enclosed a letter of support for Mr. Kepa Maumau, who has reached out to Salt Lake Community College requesting information confirming workforce training options available to him upon release at any one of our 10 campuses. It outlines how our Community College is geared to support equitable access and inclusion to marginalized communities including the formerly incarcerated to support Salt Lake County's industry demands and labor requirements.

If there are any further requirements or questions please do not hesitate to contact me.

Sincerely,

Lea Lani Kinikini, Ph.D.
Chief Diversity Officer (C.D.O.) Special Assistant to the President
Office of the President
Salt Lake Community College

E: lealani.kinikini@slcc.edu
O: (801) 957-0228
M: (801) 928-6518
P.O. Box 30808
Salt Lake City, Utah 84130-0808

cc: Kepa Maumau



August 22, 2018

To Whom It May Concern:

Re: Kepa Maumau

I am the Chief Diversity Officer at Salt Lake Community College (SLCC) in the State of Utah writing today to provide a letter of support for Mr. Kepa Maumau, a former Salt Lake County citizen resident, by spelling out the College's workforce educational opportunities available to Mr. Maumau as part of his release plan working at Propak Corporation, Salt Lake City, a large local employer specializing in construction supply-chain and transport, with whom I am aware Mr. Maumau has secured an offer of employment.

Our State has a disproportionate incarceration rate of ethnic minorities and as a state-funded higher education institute, one of Salt Lake Community College's equity and inclusion priorities is to support newly-released inmates in accessing our workforce and industry training programs which are tailored to meet industry needs and standards based on open entry, competency-based formats. Utah's construction industry is robust and in a steep upswing since the 2009-10 global financial recession. Utah's economy is often considered "recession proof" by financial institutions which draws new residents and corporate entities to our State. Salt Lake County currently is projecting a population growth increase of 31% in the next 5 years alone. As such, the construction industry is in immediate demand of trained labor.

Based on Mr. Maumau's employment offer at Propak, I recommend that he take up our College's offerings in workforce training which requires Apprentices to be working full time while they take coursework in various trade specializations. Utah has a number of workforce organizations which use Apprenticeship as a proven employment and training strategy. These Apprenticeship programs would be available to Mr. Maumau, e.g. Brick Masonry, a three-year program associated with U.S. Department of Labor Office of Apprenticeship as the federal registering agency which will allow Mr. Maumau to gain the specialized trade skills to rank for higher wage positions.

Further, our College can and will provide Mr. Maumau with our inclusive student support services which would be a contributing factor to a successful completion, i.e. Mr. Maumau would have:

- An assigned Advisor from the School of Applied Technology for individual career guidance
- A Special Invitation to participate in recidivist risk reduction (RRR) mentoring program "Brother-2-Brother" supporting men of color transitioning from corrections institutions

- SLCC financially makes our programs "affordable to all" through our PROMISE Tuition Grant which provides Full Tuition Waivers to qualifying students
- As a returning Utah resident Mr. Maumau would qualify for in-state tuition 12 months after re-entry

National research shows evidence proving participation in educational programs significantly reduces the risk of recidivism. Our Community College is mandated to provide our County workforce training support to meet the burgeoning demands of our industries by educating and reintegrating all our labor resources, including streams coming from corrections.

It would be a pleasure to support Mr. Maumau's release plan through providing him equitable access to our exceptional workforce training programs at Salt Lake Community College and we would welcome him through our doors with all the support he requires for a successful re-entry and workforce upskilling in our County's growing construction industry.

Sincerely,

Lea Lani Kinikini, Ph.D.
Chief Diversity Officer (C.D.O.) Special Assistant to the President
Office of the President
Salt Lake Community College

E: lealani.kinikini@slcc.edu
O: (801) 957-0228
M: (801) 928-6518
P.O. Box 30808
Salt Lake City, Utah  84130-0808