JOHN W. HUBER, United States Attorney (#7226)
J. DREW YEATES, Assistant United States Attorney (#9811)
STEPHN L. NELSON, Assistant United States Attorney (#9547)
RYAN D. TENNEY, Assistant United States Attorney (#9866)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>KEPA MAUMAU,<br><br>    Defendant. | Case No. 2:08CR00758-TC<br><br>NOTICE OF APPEAL<br><br>Judge Tena Campbell |

Notice is hereby given that the United States of America, plaintiff in the above-entitled

action, hereby appeals pursuant to 18 U.S.C. §§ 3731 and 3742(b) the sentence and amended

judgment imposed by the District Court on May 11, 2020, as well as the court's February 18,

2020, decision granting Maumau's request for compassionate release.

DATED this 11th day of May, 2020.

JOHN W. HUBER
United States Attorney


*/s/ Ryan D. Tenney*
RYAN D. TENNEY
Assistant United States Attorney